**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **WI-LAN, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:11-CV-453 |
| | § | |
| **APPLE, INC.,** | § | JURY TRIAL REQUESTED |
| **ALCATEL-LUCENT USA INC.,** | § | |
| **DELL, INC.,** | § | |
| **HEWLETT-PACKARD COMPANY,** | § | |
| **HTC AMERICA, INC.,** | § | |
| **KYOCERA INTERNATIONAL, INC.,** | § | |
| **KYOCERA COMMUNICATIONS, INC.,** | § | |
| **NOVATEL WIRELESS, INC., and** | § | |
| **SIERRA WIRELESS AMERICA, INC.** | § | |
| | § | |
| Defendants. | § | |

## HEWLETT-PACKARD COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff Hewlett-Packard Company provides this Corporate Disclosure Statement. Defendant Hewlett-Packard Company is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of Hewlett-Packard Company's stock.

Dated: November 7, 2011

Respectfully submitted,

By: /s/ *David J. Levy*
    David J. Levy
    State Bar No. 12264850
    *Lead Attorney*
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Telephone No. (713) 890-5170
Telecopier No. (713) 890-5001
Email: dlevy@morganlewis.com

*Of Counsel:*

C. Erik Hawes
State Bar No. 24042543
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX  77002
Telephone No. (713) 890-5175
Telecopier No. (713) 890-5001
Email: ehawes@morganlewis.com
Email: crogers@morganlewis.com

Melissa Smith
GILLAM SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas  75670
Telephone No. (903) 934-8450
Telecopier No. (903) 934-9257
Email: melissa@gillamsmithlaw.com

ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF
HEWLETT-PACKARD COMPANY

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on November 7, 2011.  Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

        /s/  *David J. Levy*
        David J. Levy